NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XITRONIX CORPORATION,**
*Plaintiff-Appellant*

**v.**

**KLA-TENCOR CORPORATION, DBA KLA-TENCOR, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2016-2746

---

Appeal from the United States District Court for the Western District of Texas in No. 1:14-cv-01113-SS, Judge Sam Sparks.

---

## JUDGMENT

---

ROSS SPENCER GARSSON, Dickinson Wright PLLC, Austin, TX, argued for plaintiff-appellant. Also represented by MICHAEL S. TRUESDALE, Law Office of Michael S. Truesdale, PLLC, Austin, TX.

AARON GABRIEL FOUNTAIN, DLA Piper US LLP, Austin, TX, argued for defendant-appellee. Also represented by BRIAN K. ERICKSON, JOHN GUARAGNA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 23, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |